IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID M. WOLFSON, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION TO INTERVENE<br><br><br><br>Case No. 2:03-CV-914 TS |

      This matter comes before the Court on Jonathan Lee Riches' Motion to Intervene.[1] Mr. Riches has filed this Motion pursuant to Rule 24(b) of the Federal Rules of Civil Procedure.

      For the reasons detailed in the SEC's Memorandum in Opposition,[2] as well as orders issued by Judge Tena Campbell in two unrelated cases in which Mr. Riches' has filed similar motions,[3] Mr. Riches' Motion to Intervene (Docket No. 815) is DENIED. His Motion to Change Venue and Motion to Amend or Correct the Complaint are therefore DENIED AS MOOT.

---

[1] Docket No. 815.

[2] Docket No. 817.

[3] Case No. 1:06-CV-30-TC, Docket No. 375; Case No. 2:07-CV-235, Docket No. 298.

1

DATED   July 10, 2008.

                        BY THE COURT:

                        _____
                        TED STEWART
                        United States District Judge